UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CLIFTON EMILE

        Plaintiff,

-against-

LABORATORY CORPORATION OF
AMERICAN HOLDINGS

        Defendant.

Case No.: 12-cv-02203 (SLT)(SMG)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between attorneys for plaintiff Clifton Emile and attorneys for defendant Laboratory Corporation of America Holdings that:

Pursuant to Fed. R. Civ. P. 41, this action and all claims asserted or which could have been asserted therein be, and the same hereby is, dismissed with prejudice in its entirety and without further costs to any party as against the other;

Dated: August 7, 2012

FRANZBLAU DRATCH, P.C.

By: _____
Brian Dratch, Esq.
233 Broadway, Suite 1800
New York, New York 10279
(212) 571-1808

*Attorney for Plaintiff Clifton Emile*

KELLEY DRYE & WARREN LLP

By: _____
Sean R. Flanagan, Esq
101 Park Avenue
New York, New York 10178
(212) 808-7800

*Attorneys for Defendant Laboratory Corporation of America Holdings*